UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 28, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL JOSEPH FORD, ) <br> ) <br> Defendant. ) | Case No. MAG. 09-0132 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL JOSEPH FORD, Case No. MAG. 09-0132 DAD, Charge Title 18 USC §§ 2,286,287,1344,1028, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✓ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

　　__ Unsecured Appearance Bond

　　__ Appearance Bond with 10% Deposit

　　__ Appearance Bond with Surety

　　__ Corporate Surety Bail Bond

✓ (Other)  with pretrial supervision and conditions of release stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 28, 2009 at 3:00 p.m. ~~11:51 am~~.

By _____
Dale A. Drozd
United States Magistrate Judge