```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL JOSEPH FORD
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-289-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE AND EXCLUDE |
| | ) TIME |
| MICHAEL JOSEPH FORD | ) |
| | ) |
| Defendant. | ) Date: August 26, 2011 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant MICHAEL JOSEPH FORD, that the Status Conference hearing date of July 15, 2011 be vacated, and a new Status Conference hearing date of August 26, 2011 at 9:00 a.m. be set.

The parties continue their discussions regarding settlement options, and it is anticipated that Mr. Ford's case will be resolved at sentencing for co-defendant, Shannon Ford, whose hearing has been continued to August 26, 2011.

It is further stipulated between the parties that the period from

the date of the signing of this order through and including August 26, 2011 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 8, 2011

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Linda C. Harter*

LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAEL JOSEPH FORD

Dated: July 8, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Linda C. Harter for*

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

# O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 26, 2011 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: July 13, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation/Order

Stipulation/Order