DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOSEPH FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-289 GEB/DAD |
| Plaintiff, | |
| v. | ORDER RETURNING PASSPORT TO DEFENDANT |
| MICHAEL JOSEPH FORD, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY ORDERED that the passport of defendant MICHAEL JOSEPH FORD be released by the Clerk of the Court and given to Chief Assistant Federal Defender Linda C. Harter for return to Mr. Ford.

Dated: November 15, 2011.

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

FILED
NOV 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK